UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY, | Case No. 2:18-cv-01338-JCM-PAL |
| Plaintiff, | ORDER |
| v. | |
| STEVEN A. HOLPER, M.D., | |
| Defendant. | |

Pursuant to District Judge Mahan's Order (ECF No. 16) granting defendant's Emergency Motion to Stay (ECF No. 9),

**IT IS ORDERED** that:

1. The hearing before Judge Leen on November 6, 2018 at 9:00 a.m. is **VACATED**.

2. The Motion for More Definite Statement (ECF No. 6) is **DENIED without prejudice** with leave to refile once the stay in this case has been lifted.

3. The parties shall submit a revised proposed discovery plan and scheduling order within 14 days of the stay of this matter being lifted.

DATED this 2nd day of November, 2018.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1