# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

NATIONAL FIRE & MARINE INSURANCE COMPANY,

Plaintiff(s),

v.

STEVEN A. HOLPER, M.D.,

Defendant(s).

Case No. 2:18-CV-1338 JCM (PAL)

ORDER

Presently before the court is the matter of *National Fire & Marine Insurance Company v. Holper*, case number 2:18-cv-01338-JCM-PAL.

On October 31, 2018, this court entered an order granting defendant Seven A. Holper's motion to stay case pending resolution of the criminal proceeding against Holper. (ECF No. 16). On January 2, 2019, plaintiff National Fire & Marine Insurance Company ("National") filed a motion to lift stay, informing the court that Holper entered a guilty plea in his criminal proceeding on December 10, 2018. (ECF No. 19). Accordingly, the court will lift the stay in the instant action.

The court has also reviewed National's first amended complaint (ECF No. 19-2) and finds that National is requesting the court's leave to file its first amended complaint in good faith. The court will grant National's request, pursuant to Federal Rule of Civil Procedure 15(a)(2), to promote efficient and expedient resolution of this action.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that National's motion to life stay (ECF No. 19) be, and the same hereby is, GRANTED.

**James C. Mahan**
**U.S. District Judge**

The clerk shall lift stay in this case.

DATED January 16, 2019.

                                                UNITED STATES DISTRICT JUDGE