# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| NATIONAL FIRE & MARINE INSURANCE COMPANY, | Case No. 2:18-cv-01338-JCM-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | (Mot Amd Complt – ECF No. 24) |
| STEVEN A. HOLPER, M.D., | (Mot Intervene – ECF No. 26) |
| Defendant. | |

Before the court is Plaintiff's Motion for Leave to File Second Amended Complaint filed February 7, 2019. Also before the court is Party in Interest Scott Hamption's [sic] Motion to Intervene as a Party in Interest (ECF No. 26) filed February 18, 2019. Plaintiff filed a Notice of Non-Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint (ECF No. 24) and Scott Hampton's Motion to Intervene as a Party in Interest (ECF No. 26) (ECF No. 30). No response has been filed and the deadlines to oppose the motions having expired.

**IT IS ORDERED** that:

1. Plaintiff's Motion for Leave to File Second Amended Complaint (ECF No. 24) is **GRANTED**. Plaintiff shall forthwith file the Second Amended Complaint on the docket. The hearing scheduled for March 19, 2019 on this motion is **VACATED**.
2. Party in Interest Scott Hampton's Motion to Intervene as a Party in Interest (ECF No. 26) is **GRANTED**. Intervenor shall have until **March 26, 2019**, to file his complaint in intervention.

DATED this 14th day of March 2019.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1