MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
ADAM J. WAX, ESQ.
Nevada Bar No. 12126
KRAVITZ, SCHNITZER, & JOHNSON, CHTD.
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
Email: mkravitz@ksjattorneys.com
       awax@ksjattorneys.com
*Attorneys for Plaintiff,*
*NATIONAL FIRE & MARINE*
*INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN A. HOLPER, M.D., an individual; DOE INDIVIDUALS I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:18-CV-01338-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO DISMISS (ECF NO. 42) AND DEFENDANT'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT (ECF NO. 44)** |

**COMES NOW,** Plaintiff, NATIONAL FIRE & MARINE INSURANCE COMPANY, by and through its attorneys of record, KRAVITZ, SCHNITZER & JOHNSON, CHTD., and Defendant, STEVEN A. HOLPER, M.D., by and through his attorneys of record, PRICE BECKSTROM, PLLC, and hereby submit this Stipulation to Extend Time to File Plaintiff's Reply in Support of its Motion to Dismiss **(ECF No. 42)** and Defendant's Response to Plaintiff's Motion for Summary Judgment **(ECF No. 44)**.

WHEREAS, Plaintiff filed its Motion to Dismiss Counterclaim on April 24, 2019 **(ECF No. 42)**;

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-66666

WHEREAS, Defendant, Steven A. Holper, M.D., filed his Opposition to Plaintiff's Motion to Dismiss on May 8, 2019 **(ECF No. 47)**;

WHEREAS, Plaintiff's Reply is currently due on May 22, 2019;

WHEREAS, the parties request and stipulate to extend the deadline to file Plaintiff's Reply in Support of its Motion to Dismiss to May 29, 2019;

WHEREAS, Plaintiff filed its Motion for Summary Judgment on April 24, 2019 **(ECF No. 44)**;

WHEREAS, Defendant, Steven A. Holper, M.D.'s Opposition to Plaintiff's Motion for Summary Judgment is currently due on May 15, 2019;

WHEREAS, the parties request and stipulate to extend the deadline to file Defendant, Steven A. Holper, M.D.'s Opposition to Plaintiff's Motion for Summary Judgment to May 17, 2019;

THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

1)	Plaintiff shall have up to and including May 29, 2019 to file its Reply in Support of its Motion to Dismiss;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-66666

2)      Defendant, Steven A. Holper, M.D., shall have up to and including May 17, 2019 to file his Opposition to Plaintiff's Motion for Summary Judgment.

**IT IS SO STIPULATED.**

Respectfully submitted this 14th day of May, 2019.

KRAVITZ, SCHNITZER & JOHNSON          PRICE BECKSTROM, PLLC

By ___*/s/Adam J. Wax, Esq.*___          By *_/s/ Daniel Price, Esq._*
   MARTIN J. KRAVITZ, ESQ.             Daniel Price, Esq.
   ADAM J. WAX, ESQ.             7312 W. Cheyenne Ave. Suite 5
   8985 S. Eastern Avenue, Suite 200             Las Vegas, NV 89129
   Las Vegas, Nevada  89123             *Attorneys for Defendant*
   *Attorneys for Plaintiff*             *Steven A. Holper, M.D.*


**IT IS SO ORDERED.**

DATED May 15, 2019.

_____
UNITED STATES DISTRICT JUDGE

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-66666