MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
ADAM J. WAX, ESQ.
Nevada Bar No. 12126
KRAVITZ, SCHNITZER, & JOHNSON, CHTD.
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
Email: mkravitz@ksjattorneys.com
       awax@ksjattorneys.com
*Attorneys for Plaintiff,*
*NATIONAL FIRE & MARINE*
*INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN A. HOLPER, M.D., an individual; DOE INDIVIDUALS I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:18-CV-01338-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIM PURSUANT TO FED. R. CIV. P. 12(b)(6) (ECF NO. 42)** |

**COMES NOW,** Plaintiff, NATIONAL FIRE & MARINE INSURANCE COMPANY, by and through its attorneys of record, KRAVITZ, SCHNITZER & JOHNSON, CHTD., and Defendant, STEVEN A. HOLPER, M.D., by and through his attorneys of record, PRICE BECKSTROM, PLLC, and hereby submit this Stipulation to Extend Time to File Plaintiff's Reply in Support of its Motion to Dismiss Counterclaim Pursuant to Fed. R. Civ. P. 12(b)(6)**(ECF No. 42)**.

WHEREAS, Plaintiff filed its Motion to Dismiss Counterclaim Pursuant to Fed. R. Civ. P. 12(b)(6) on April 24, 2019 **(ECF No. 42)**;

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-66666

WHEREAS, Defendant, Steven A. Holper, M.D., filed his Opposition to Plaintiff's Motion on May 8, 2019 **(ECF No. 47)**;

WHEREAS, the parties previously requested and stipulated to extend the Reply due date to Wednesday, May 29, 2019 **(ECF No. 50)**;

WHEREAS, the Court granted the parties request allowing Plaintiff to file its Reply on May 29, 2019 **(ECF No. 54)**;

WHEREAS, the parties further request and stipulate to extend the Reply due date to May 31, 2019;

THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

1) Plaintiff shall have up to and including May 31, 2019 to file its Reply in Support of its Motion to Dismiss Counterclaim Pursuant to Fed. R. Civ. P. 12(b)(6).

**IT IS SO STIPULATED.**

Respectfully submitted this 28th day of May, 2019.

| KRAVITZ, SCHNITZER & JOHNSON | PRICE BECKSTROM, PLLC |
|---|---|
| By  */s/Adam J. Wax, Esq.* <br> MARTIN J. KRAVITZ, ESQ. <br> ADAM J. WAX, ESQ. <br> 8985 S. Eastern Avenue, Suite 200 <br> Las Vegas, Nevada 89123 <br> *Attorneys for Plaintiff* | By */s/ Daniel Price, Esq.* <br> Daniel Price, Esq. <br> 7312 W. Cheyenne Ave. Suite 5 <br> Las Vegas, NV 89129 <br> *Attorneys for Defendant* <br> *Steven A. Holper, M.D.* |

**IT IS SO ORDERED.**

DATED: May 28, 2019.

_____
UNITED STATES DISTRICT JUDGE