1  MARTIN J. KRAVITZ, ESQ.
   Nevada Bar No. 83
2  ADAM J. WAX, ESQ.
   Nevada Bar No. 12126
3  KRAVITZ, SCHNITZER, & JOHNSON, CHTD.
4  8985 So. Eastern Avenue, Suite 200
   Las Vegas, Nevada 89123
5  Telephone: (702) 362-6666
   Facsimile: (702) 362-2203
6  Email: mkravitz@ksjattorneys.com
          awax@ksjattorneys.com
7  *Attorneys for Plaintiff,*
8  *NATIONAL FIRE & MARINE*
   *INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN A. HOLPER, M.D., an individual; DOE INDIVIDUALS I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:18-CV-01338-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S REPLIES IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIM PURSUANT TO FED. R. CIV. P. 12(b)(6) (ECF NO. 42), PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT FOR DECLARATORY RELIEF PURSUANT TO FED. R. CIV. P. 56 (ECF NO. 43), AND PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 44)** |

**COMES NOW,** Plaintiff, NATIONAL FIRE & MARINE INSURANCE COMPANY, by and through its attorneys of record, KRAVITZ, SCHNITZER & JOHNSON, CHTD., and Defendant, STEVEN A. HOLPER, M.D., by and through his attorneys of record, PRICE BECKSTROM, PLLC, and hereby submit this Stipulation to Extend Time to File Plaintiff's Reply in Support of its Motion to Dismiss Counterclaim Pursuant to Fed. R. Civ. P. 12(b)(6)**(ECF No. 42),** Plaintiff's Reply in Support of its Motion for Summary Judgment for

1

Declaratory Relief Pursuant to Fed. R. Civ. P. 56 **(ECF No. 43)**, and Plaintiff's Motion for Summary Judgment **(ECF No. 44)**.

WHEREAS, Plaintiff filed its Motion to Dismiss Counterclaim Pursuant to Fed. R. Civ. P. 12(b)(6) on April 24, 2019 **(ECF No. 42)**;

WHEREAS, Plaintiff filed its Motion for Summary Judgment for Declaratory Relief on April 24, 2019 **(ECF No. 43);**

WHEREAS, Plaintiff filed its Motion for Summary Judgment on April 24, 2019 **(ECF No. 44);**

WHEREAS, Defendant, Steven A. Holper, M.D., filed his Opposition to Plaintiff's Motion to Dismiss on May 8, 2019 **(ECF No. 47)**;

WHEREAS, Defendant Steven A. Holper, M.D, filed his Opposition to Plaintiff's Motion for Summary Judgment on May 17, 2019 **(ECF No. 55);**

WHEREAS, the parties further request and stipulate to extend the deadline to file Plaintiff's Replies in support of Motions (**ECF Nos. 42 – 44)** on or before June 7, 2019;

THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1) Plaintiff shall have up to and including June 7, 2019 to file its Replies in Support of its Motion to Dismiss Counterclaim Pursuant to Fed. R. Civ. P. 12(b)(6) (**ECF No. 42**), Motion for Summary Judgment for Declaratory Relief Pursuant to Fed. R. Civ. P. 56 (**ECF No. 43**), and Motion for Summary Judgment (**ECF No. 44).**

**IT IS SO STIPULATED.**

Respectfully submitted this 31st day of May, 2019.

| KRAVITZ, SCHNITZER & JOHNSON | PRICE BECKSTROM, PLLC |
|---|---|
| By ___/s/Adam J. Wax, Esq._____<br>MARTIN J. KRAVITZ, ESQ.<br>ADAM J. WAX, ESQ.<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>*Attorneys for Plaintiff* | By */s/ Daniel Price, Esq.*_____<br>Daniel Price, Esq.<br>7312 W. Cheyenne Ave. Suite 5<br>Las Vegas, NV 89129<br>*Attorneys for Defendant*<br>*Steven A. Holper, M.D.* |

**IT IS SO ORDERED.**

DATED June 3, 2019.

_____
UNITED STATES DISTRICT JUDGE

3